RECEIVED
PRO SE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

To: Financial Crisis Inquiry Board                01 Sept. 2010
From: O XXX Baltimore                              L-10-2450

Criminal Complaint Against U.S. Marshal Johnny H. Hughes of the Baltimore Maryland Marshalls Office, FMR Task Force Commander.

I F.B.O.P. Reg. # 34839037-0XX do hereby swear under the pains and penalties of perjury that forgoing to be true and correct to the best of my knowledge. For about five years now U.S. Marshall Hughes has been the legal U.S. recipient of physical written intelligence reports data and ideas on and as to active terrorism, Federal and state crimes of all domestic nature and cyber warfare as well as much more. In example the 2009 Christmas day under-wear bomber the N.Y. Times Square bomber. The Fort Hood Soldier shootings. The Wall St. Financial meltdown. On and on all the way back to Sept. 11, 2001 exculpatory and eyes only justification for actions taken to attempt to prevent the Sept. 11, 2001 attacks. Thousands and thousands of overt and as well as cryptic reports and analysis. I have been covertly made aware that files are missing and have been for years now. These very same files contain material-ideas that have been used inside America against U.S. Government as well as civilian interests—personnel and people. The warnings that have been provided have also at times been stovepiped. Even as investigations have for the most part taken place and proceeded. Not all of the leads have been followed up, in which has resulted in more crimes against people inside the United States. This ongoing stovepiping is so bad that I'm not sure if this page and pages that I write now are gonna make it without being stolen to where they are intended. Marshal Hughes is covering up a homicide(s)!